1  CHARLES S. PAINTER (SBN 89045)
   GRAHAM M. CRIDLAND  (SBN 243646)
2  **ERICKSEN ARBUTHNOT**
   100 Howe Avenue, Suite 110 South
3  Sacramento, CA   95825-8201
   (916) 483-5181 Telephone
4  (916) 483-7558 Facsimile

5  Attorneys for Defendant, JOHNSON CONTROLS, INC.

6

7
                        UNITED STATES DISTRICT COURT
8
                        EASTERN DISTRICT OF CALIFORNIA
9
                            SACRAMENTO DIVISION
10
   CAROL GAONA,                          )  Case No.:  2:14-CV-02051-TLN-AC (TEMP)
11                                        )
                  Plaintiff,              )
12                                        )  **STIPULATION AND ORDER TO**
   vs.                                    )  **CONTINUE THE PARTIES' DEADLINE**
13                                        )  **TO MAKE INITIAL RULE 26(a)**
   J.C. PENNEY COMPANY, INC.;             )  **DISCLOSURES 30 DAYS**
14 J.C. PENNEY CORPORATION, INC.;         )
   DOW ROOFING SYSTEMS, LLC. fka and      )
15 successor in interest to JPS ELASTOMERICS )
   CORPORATION dba STEVENS ROOFING        )
16 SYSTEMS; JOHNSON CONTROLS, INC.;       )
   and DOES 3 through 25, inclusive       )
17                                        )
                  Defendants.             )
18 ─────────────────────────────────────  )

19       WHEREAS, Defendant JOHNSON CONTROLS, INC., has requested that as

20 modification be made to the parties' Joint Status Report in the above referenced matter as a

21 professional courtesy due to a personal matter;

22       WHEREAS, the parties filed their Joint Status Report in the United States District

23 Court Eastern District of California, April 7, 2016;

24       WHEREAS, the Joint Status Report of April 7, 2016 states that Federal Rule of

25 Civil Procedure 26(a) disclosures are to be exchanged on June 15, 2016;

26       WHEREAS, the parties desire as a professional courtesy to counsel for JOHNSON

27 CONTROLS, INC., to continue this deadline to July 15, 2016;

28 //

─────────────────────────────────────
XX
15-088/PLEADING.XXX                    - 1 -
CSP:xx

1

IT IS STIPULATED THAT:

2

     The deadline for Federal Rule of Civil Procedure 26(a) disclosures shall be extended

3

to July 15, 2016.

4

5

DATED:   June \_\_, 2016

6

7
                                       BARNES & THORNBURG LLP

8

9
                            By

10
                                       JOEL R. MEYER (SBN 247620)

11
                                       ROBERT D. MACGILL (admitted pro hac vice)

12
                                       MATTHEW B. BARR (admitted pro hac vice)

13
                                       Attorneys for DOW ROOFING SYSTEMS, LLC. fka and successor in interest to JPS ELASTOMERICS CORPORATION dba STEVENS ROOFING SYSTEMS

14

15

16

DATED:   June 3, 2016

                                       ERICKSEN ARBUTHNOT

17

18
                            By

19
                                         CHARLES S. PAINTER

20
                                       GRAHAM M. CRIDLAND
                                       Attorneys for Defendant, JOHNSON CONTROLS, INC

21

22

DATED:   June \_\_\_, 2016

23
                                       PORTER SCOTT
                                       A Professional Corporation

24

25
                            By   */s/ Colleen R. Howard*
                                       *as authorized on 6/1/16*

26
                                       Colleen R. Howard

27
                                       Attorney for Defendant, J.C. PENNEY CORPORATIONS, INC., dba J.C. PENNEY COMPANY, INC.

28

1   DATED:    June ___, 2016

2                                                    SEVEY, DONAHUE & TALCOTT,
                                                     LLP
3
                                                     */s/ Jeffrey C. Sevey*
4                                          By        *as authorized on 5/31/16*

5                                                    _____
                                                     Jeffrey C. Sevey
6                                                    Attorney for Plaintiff, CAROL
                                                     GAONA

7   IT IS SO ORDERED.

8   Dated: June 6, 2016

9

10                                                   _____

11                                                   Troy L. Nunley
                                                     United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28