**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
David A. Melton, SBN 176340
Colleen R. Howard, SBN 257661
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
J.C. PENNEY CORPORATION, INC. fka J.C. PENNEY COMPANY, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL GAONA, | CASE NO. 2:14-CV-02051-TLN-AC |
| Plaintiff, | **STIPULATION AND ORDER FOR DEADLINE TO COMPLETE ALL EXPERT DISCOVERY** |
| v. | |
| J.C. PENNEY COMPANY, INC.; J.C. PENNEY CORPORATION, INC.; DOW ROOFING SYSTEMS, LLC, fka JPS ELASTOMERICS CORPORATION dba STEVENS ROOFING SYSTEMS; JOHNSON CONTROLS, INC., and DOES 1 through 25, inclusive, | |
| | Complaint Filed: July 17, 2014 |
| | Removal: September 4, 2014 |
| Defendants. | Trial: May 14, 2018 |
| _____/ | |
| | Judge: Hon. Troy L. Nunley |
| ALL RELATED CROSS-ACTIONS | |
| _____/ | |

Plaintiff CAROL GAONA and defendants/cross-defendants J.C. PENNEY COMPANY, INC. fka J.C. PENNEY CORPORATION ("JCP"), DOW ROOFING SYSTEMS, LLC fka JPS ELASTOMERICS CORPORATION dba STEVENS ROOFING SYSTEMS ("DOW"), and JOHNSON CONTROLS, INC. ("JOHNSON"), by and through their attorneys of record,

1

**STIPULATION AND ORDER FOR DEADLINE TO
COMPLETE ALL EXPERT DISCOVERY**

respectfully submit this joint stipulation and proposed order to specify a date for the completion of all expert discovery.

On May 11, 2016, this Court issued its Amended Pretrial Scheduling Order ("Order"). (Doc. 41.) The Order stated, "Counsel are instructed to complete all discovery of expert witnesses in a timely manner in order to comply with the Court's deadline for filing dispositive motions." (Doc. 41 at p. 4.) The deadline to file a dispositive motion is December 14, 2017. (Doc. 41 at p. 4.)

After receiving the Order, the parties met and conferred and mutually agreed to complete all expert discovery by November 9, 2017.

IT IS STIPULATED THAT all expert discovery will be completed by November 9, 2017.

Dated: July 14, 2016         PORTER SCOTT
                             A PROFESSIONAL CORPORATION


                             By    /s/ Colleen R. Howard
                                   Colleen R. Howard
                                   Attorney for Defendant
                                   J.C. PENNEY CORPORATION, INC. fka
                                   J.C. PENNEY COMPANY, INC.


Dated: July 14, 2016         ERICKSEN ARBUTHNOT


                             By    /s/ Charles S. Painter (as authorized on 7/19/16)
                                   Charles S. Painter
                                   Graham M. Cridland
                                   Attorneys for Defendant
                                   JOHNSON CONTROLS, INC.

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

Dated: July 14, 2016                       BARNES & THORNBURG LLP

By   /s/ Matthew B. Barr (as authorized on 7/20/16)
    Robert D. MacGill
    Matthew B. Barr
    Joel L. Meyer
    Attorneys for Defendant
    DOW ROOFING SYSTEMS, LLC

Dated: July 14, 2016                       SEVEY, DONAHUE & TALCOTT, LLP

By   /s/ Jeffrey C. Sevey (as authorized on 7/15/16)
    Jeffrey C. Sevey
    Attorney for Plaintiff
    CAROL GAONA

**IT IS SO ORDERED.**

Dated: July 28, 2016

_____
Troy L. Nunley
United States District Judge

3

**STIPULATION AND ORDER FOR DEADLINE TO
COMPLETE ALL EXPERT DISCOVERY**