**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
David A. Melton, SBN 176340
Colleen R. Howard, SBN 257661
Taylor W. Rhoan, SBN 294941
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
J.C. PENNEY COMPANY, INC. fka J.C. PENNEY CORPORATION, INC. and
JOHNSON CONTROLS INC.

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAROL GAONA, | CASE NO. 2:14-CV-02051-TLN-DB |
| Plaintiff, | **REGARDING DEFENDANTS J.C. PENNEY COMPANY, INC. AND JOHNSON CONTROLS, INC.'S REQUEST TO SEAL DOCUMENTS AND/OR FILE WITH REDACTIONS** |
| v. | |
| J.C. PENNEY COMPANY, INC.; J.C. PENNEY CORPORATION, INC.; DOW ROOFING SYSTEMS, LLC, fka JPS ELASTOMERICS CORPORATION dba STEVENS ROOFING SYSTEMS; JOHNSON CONTROLS, INC., and DOES 1 through 25, inclusive, | |
| Defendants. | |
| AND RELATED CROSS-ACTIONS | |

/ / /

/ / /

/ / /

/ / /

/ / /

1

Having considered defendants J.C. PENNEY COMPANY, INC. and JOHNSON CONTROLS, INC.'s Request to Seal Documents and/or File With Redactions, the documents on file in this case, and good cause appearing, IT IS HEREBY ORDERED THAT:

Defendants J.C. PENNEY COMPANY, INC. and JOHNSON CONTROLS, INC.'s Request to Seal Documents is hereby GRANTED.

Dated: October 3, 2017

_____
Troy L. Nunley
United States District Judge