1  JOEL R. MEYER (SBN 247620)
   **BARNES & THORNBURG LLP**
2  2029 Century Park East, Suite 300
   Los Angeles, CA 90067
3  Telephone: 310-284-3880
   Facsimile: 310-284-3894
4
5  ROBERT D. MACGILL (admitted *pro hac vice*)
   MATTHEW B. BARR (admitted *pro hac vice*)
   **BARNES & THORNBURG LLP**
6  11 South Meridian Street
   Indianapolis, Indiana 46204
7  Telephone: 317-236-1313
   Facsimile: 317-231-7433
8
   Attorneys for Defendant and Cross-Defendant
9  DOW ROOFING SYSTEMS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CAROL GAONA, | Case No. 2:14-cv-02051-TLN-DB |
| Plaintiff, | **ORDER REGARDING DEFENDANT/CROSS-DEFENDANT DOW ROOFING SYSTEMS, INC.'S, REQUEST TO SEAL DOCUMENTS AND/OR FILE WITH REDACTIONS** |
| vs. | |
| J.C. PENNEY COMPANY, INC.; J.C. PENNEY CORPORATION, INC.; DOW ROOFING SYSTEMS, INC. fka and successor in interest to JPS ELASTOMERICS CORPORATION dba JPS ELASTOMERICS CORPORATION dba STEVENS ROOFING SYSTEMS; JOHNSON CONTROLS, INC.; and DOES 3 through 25, inclusive, | |
| Defendants. | |
| AND RELATED CROSS-ACTIONS | |

## ORDER

Having considered defendants DOW ROOFING SYSTEMS, LLC's Request to Seal Documents and/or File With Redactions, the documents on file in this case, and good cause appearing, IT IS HEREBY ORDERED THAT:

Defendant DOW ROOFING SYSTEMS, LLC's Request to Seal Documents is hereby GRANTED.

Dated: October 10, 2017

Troy L. Nunley
United States District Judge