| | |
|---|---|
| JOEL R. MEYER (SBN 247620)<br>**BARNES & THORNBURG LLP**<br>2029 Century Park East, Suite 300<br>Los Angeles, CA 90067<br>Telephone: 310-284-3880<br>Facsimile: 310-284-3894<br><br>ROBERT D. MACGILL (admitted *pro hac vice*)<br>MATTHEW B. BARR (admitted *pro hac vice*)<br>**BARNES & THORNBURG LLP**<br>11 South Meridian Street<br>Indianapolis, Indiana 46204<br>Telephone: 317-236-1313<br>Facsimile: 317-231-7433<br><br>Attorneys for Defendant and Cross-Defendant<br>DOW ROOFING SYSTEMS, LLC | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CAROL GAONA,<br><br>          Plaintiff,<br><br>vs.<br><br>J.C. PENNEY COMPANY, INC.; J.C. PENNEY CORPORATION, INC.; DOW ROOFING SYSTEMS, INC. fka and successor in interest to JPS ELASTOMERICS CORPORATION dba JPS ELASTOMERICS CORPORATION dba STEVENS ROOFING SYSTEMS; JOHNSON CONTROLS, INC.; and DOES 3 through 25, inclusive,<br><br>          Defendants.<br><br>ALL RELATED CROSS-ACTIONS | Case No. 2:14-cv-02051-TLN-DB<br><br>**ORDER REGARDING DEFENDANT/CROSS-DEFENDANT DOW ROOFING SYSTEMS, LLC'S REQUEST TO SEAL DOCUMENTS AND/OR FILE WITH REDACTIONS** |

1

**ORDER**

Having considered Defendant/Cross-Defendant Dow Roofing Systems, LLC's ("DRS") Request to Seal Documents and/or File with Redactions, the documents on file in this case, and good cause appearing,

IT IS HEREBY ORDERED THAT:

Defendant DOW ROOFING SYSTEMS, LLC'S Request to Seal Documents is GRANTED.

Dated: 2/12/2018

_____
Troy L. Nunley
United States District Judge