**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
David A. Melton, SBN 176340
Colleen R. Howard, SBN 257661
Taylor W. Rhoan, SBN 294941
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
J.C. PENNEY COMPANY, INC. fka J.C. PENNEY CORPORATION, INC. and
JOHNSON CONTROLS INC.

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAROL GAONA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>J.C. PENNEY COMPANY, INC.; J.C. PENNEY CORPORATION, INC.; DOW ROOFING SYSTEMS, LLC, fka JPS ELASTOMERICS CORPORATION dba STEVENS ROOFING SYSTEMS; JOHNSON CONTROLS, INC., and DOES 1 through 25, inclusive,<br><br>　　　　Defendants.<br>_____/<br><br>AND RELATED CROSS-ACTIONS<br>_____/ | CASE NO. 2:14-cv-02051-TLN-DB<br><br>**ORDER REGARDING DEFENDANTS J.C. PENNEY COMPANY, INC. AND JOHNSON CONTROLS, INC.'S REQUEST TO SEAL DOCUMENTS AND/OR FILE WITH REDACTIONS** |

///
///
///
///
///
///

## **ORDER**

Having considered defendants J.C. PENNEY COMPANY, INC. and JOHNSON CONTROLS, INC.'s Request to Seal Documents and/or File With Redactions, the documents on file in this case, and good cause appearing, IT IS HEREBY ORDERED THAT:

Defendants J.C. PENNEY COMPANY, INC. and JOHNSON CONTROLS, INC.'s Request to Seal Documents is GRANTED.

Dated: February 28, 2018

Troy L. Nunley
United States District Judge