JOEL R. MEYER (SBN 247620)
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: 310-284-3880
Facsimile: 310-284-3894

ROBERT D. MACGILL (admitted *pro hac vice*)
MATTHEW B. BARR (admitted *pro hac vice*)
**BARNES & THORNBURG LLP**
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone: 317-236-1313
Facsimile: 317-231-7433

Attorneys for Defendant and Cross-Defendant
DOW ROOFING SYSTEMS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CAROL GAONA,<br><br>Plaintiff,<br><br>vs.<br><br>J.C. PENNEY COMPANY, INC.; J.C. PENNEY CORPORATION, INC.; DOW ROOFING SYSTEMS, INC. fka and successor in interest to JPS ELASTOMERICS CORPORATION dba JPS ELASTOMERICS CORPORATION dba STEVENS ROOFING SYSTEMS; and JOHNSON CONTROLS, INC.,<br><br>Defendants.<br><br>ALL RELATED CROSS-ACTIONS | Case No. 2:14-cv-02051-TLN-DB<br><br>**ORDER REGARDING DEFENDANT/CROSS-DEFENDANT DOW ROOFING SYSTEMS, LLC'S REQUEST TO SEAL DOCUMENTS AND/OR FILE WITH REDACTIONS** |

1

**ORDER**

Having considered Defendant/Cross-Defendant Dow Roofing Systems, LLC's ("DRS") Request to Seal Documents and/or File with Redactions filed on March 1, 2018 , the documents on file in this case, and good cause appearing,

**IT IS HEREBY ORDERED** that:

Defendant Dow Roofing Systems, LLC's Request to Seal Documents (ECF No. 86) is hereby GRANTED.

Dated: March 8, 2018

Troy L. Nunley
United States District Judge