1  JOEL R. MEYER (SBN 247620)
   **BARNES & THORNBURG LLP**
2  2029 Century Park East, Suite 300
   Los Angeles, CA 90067
   Telephone: 310-284-3880
3  Facsimile:  310-284-3894

4  ROBERT D. MACGILL (admitted *pro hac vice*)
   MATTHEW B. BARR (admitted *pro hac vice*)
5  **BARNES & THORNBURG LLP**
   11 South Meridian Street
   Indianapolis, Indiana  46204
6  Telephone: 317-236-1313
   Facsimile:  317-231-7433

7
   Attorneys for Defendant and Cross-Defendant
8  DOW ROOFING SYSTEMS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CAROL GAONA, | No.  2:14-cv-02051-TLN-DB |
| Plaintiff, | **ORDER REGARDING DOW ROOFING SYSTEMS, LLC'S REQUEST TO SEAL DOCUMENTS AND/OR FILE WITH REDACTIONS** |
| vs. | |
| J.C. PENNEY COMPANY, INC.; J.C. PENNEY CORPORATION, INC.; DOW ROOFING SYSTEMS, INC. fka and successor in interest to JPS ELASTOMERICS CORPORATION dba JPS ELASTOMERICS CORPORATION dba STEVENS ROOFING SYSTEMS; JOHNSON CONTROLS, INC.; and DOES 3 through 25, inclusive, | |
| Defendants. | |
| ALL RELATED CROSS-ACTIONS | |

**ORDER**

Having considered Dow Roofing Systems, LLC's Request to Seal Documents and/or File with Redactions associated with their Motion for Bifurcation or Continuance, the documents on file in this case, and good cause appearing,

**IT IS HEREBY ORDERED** that:

Defendant Dow Roofing Systems, LLC's Request to Seal Documents and/or File with Redactions is hereby GRANTED.

Dated: May 11, 2018

Troy L. Nunley
United States District Judge