JOEL R. MEYER (SBN 247620)
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: 310-284-3880
Facsimile: 310-284-3894

ROBERT D. MACGILL (admitted *pro hac vice*)
MATTHEW B. BARR (admitted *pro hac vice*)
ETHAN W. C. CRAIG (admitted *pro hac vice*)
**BARNES & THORNBURG LLP**
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone: 317-236-1313
Facsimile: 317-231-7433

Attorneys for Defendant and Cross-Defendant
DOW ROOFING SYSTEMS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CAROL GAONA, <br><br> Plaintiff, <br><br> vs. <br><br> J.C. PENNEY COMPANY, INC.; J.C. PENNEY CORPORATION, INC.; DOW ROOFING SYSTEMS, INC. fka and successor in interest to JPS ELASTOMERICS CORPORATION dba JPS ELASTOMERICS CORPORATION dba STEVENS ROOFING SYSTEMS; JOHNSON CONTROLS, INC.; and DOES 3 through 25, inclusive, <br><br> Defendants. <br><br> ALL RELATED CROSS-ACTIONS | No. 2:14-cv-02051-TLN-DB <br><br> **ORDER REGARDING DOW ROOFING SYSTEMS, LLC'S REQUEST TO SUBSTITUTE EXHIBITS** |

# **ORDER**

The Court has considered Dow Roofing Systems, LLC's Request to Substitute Exhibits. In the interest of procedural considerations, Exhibits C, D, and E (ECF No. 113), cannot be substituted, but rather must be sealed. Defendant presents compelling privacy concerns in its request such that sealing the documents is possible on the current record. Therefore, Defendant's request is hereby GRANTED. Defendant is ORDERED to file redacted versions of the Exhibits on the docket.

IT IS SO ORDERED:


Dated: May 31, 2018

_____
Troy L. Nunley
United States District Judge